PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.              Crim. No. 7:09-M-1210-1

ROBIN MARIE GARNER

On December 9, 2009, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,             Respectfully submitted,

/s/ Kevin L. Connolley             /s/ Djoni B. Barrett  
Kevin L. Connolley             Djoni B. Barrett  
Supervising U.S. Probation Officer             U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _1st_ day of _October_, 2010.

Robert B. Jones, Jr.  
U.S. Magistrate Judge